**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 26-11494

Non-Argument Calendar

_____

ATLANTA DIAMOND REALTY,

*Plaintiff-Appellee,*

*versus*

MONALITO J. HUTCHINS,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-06393-JPB

_____

Before BRANCH, GRANT, and LUCK, Circuit Judges.

PER CURIAM:

Monalito Hutchins, pro se, appeals from the district court's April 7, 2026 order remanding a dispossessory action to state court.

2                    Opinion of the Court                    26-11494

The order is not appealable because the district court remanded the action based on a lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c), (d) (providing that remands for lack of subject matter jurisdiction are not reviewable on appeal).

The court's remand order is not otherwise appealable because Hutchins did not remove the action from state court under 28 U.S.C. §§ 1442 or 1443. *See* 28 U.S.C. §§ 1442, 1443; *BP P.L.C. v. Mayor and City Council of Baltimore*, 593 U.S. 230, 238 (2021) (explaining that, to remove a case under §§ 1442 or 1443, a notice of removal must assert that the case is removable under one of those provisions).

Accordingly, this appeal is DISMISSED, sua sponte, for lack of jurisdiction. All pending motions are DENIED as moot.